IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:

JANICE MARIE CLEVELAND                    CASE NO. 03-10817

Debtor

This matter came before the Court on the Motion of Joseph O. Verneuille, Jr., Trustee, to approve his motion and for an order authorizing the Trustee to pay $2,724.00 to the debtor, Janice Marie Cleveland in consideration of her claimed exemption. No objection to the motion was filed and based upon the statements made in the motion, and upon the lack of objection, it appears to the Court that the motion should be granted.

It is ORDERED that Joseph O. Verneuille, Jr., Trustee, is authorized to pay to Janice Marie Cleveland, the debtor, the sum of Two Thousand Seven Hundred and Twenty Four and No/100 ($2724.00) in consideration of the stated exemption.

Dated:    September 7, 2007

*WILLIAM S. SHULMAN*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE