IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE

CLEVELAND, JANICE MARIE            CASE NO. 03-10817

DEBTOR

## TRUSTEE'S REPORT OF DIVIDENDS

CLAIM CATEGORY: ADMIN & PRIORITY

PERCENT OF DIVIDEND: 100% & .5642886

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM ALLOWED | CAL. DIVIDEND TO PAY CREDITOR |
|---|---|---|---|

SEE ATTACHED

DATE: January 3, 2008

/s/ Joseph O. Verneuille Jr.
JOSEPH O. VERNEUILLE, JR.
TRUSTEE

REVIEWED BY
U.S. BANKRUPTCY ADMINISTRATOR'S OFFICE
SIGNED: Ruth Boney
DATE: 1/10/08

# PROPOSED DISTRIBUTION

Case Number: 03-10817   WSS  
Debtor Name: CLEVELAND, JANICE MARIE  
Page 1  
Date: January 3, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | |
| | **Claim Type TAF - TRUSTEE ATTORNEY FEES** | | | | | | | $7,782.34 |
| | A. RICHARD MAPLES JR. PER COURT ORDER | Admin | 025 | $1,629.50 | $1,629.50 | $0.00 | $0.00 | $7,782.34 |
| | Subtotal For Claim Type TAF | | | $1,629.50 | $1,629.50 | $0.00 | $0.00 | |
| | **Claim Type TF - TRUSTEE FEES** | | | | | | | |
| | JOSEPH O. VERNEUILLE JR. PER COURT ORDER | Admin | 025 | $2,999.43 | $0.00 | $2,999.43 | $2,999.43 | $4,782.91 |
| | Subtotal For Claim Type TF | | | $2,999.43 | $0.00 | $2,999.43 | $2,999.43 | |
| | Subtotals For Class Administrative  100.00000 % | | | $4,628.93 | $1,629.50 | $2,999.43 | $2,999.43 | |
| | **Claim Type UPT - UNSECURED PRIORITY TAXES** | | | | | | | |
| 000004B | Internal Revenue Service | Priority | 066 | $8,476.00 | $0.00 | $8,476.00 | $4,782.91 | $0.00 |
| | Subtotal For Claim Type UPT | | | $8,476.00 | $0.00 | $8,476.00 | $4,782.91 | |
| | Subtotals For Class Priority  56.42886 % | | | $8,476.00 | $0.00 | $8,476.00 | $4,782.91 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000001 | National Cash Advance | Unsec | 070 | $430.00 | $0.00 | $430.00 | $0.00 | $0.00 |
| 000002A | Consumer Portfolio Services (2-1) Secured by 2000 Dodge Stratus and Extended Warranty | Unsec | 070 | $3,177.97 | $0.00 | $3,177.97 | $0.00 | $0.00 |
| 000003 | American Med Response | Unsec | 070 | $510.35 | $0.00 | $510.35 | $0.00 | $0.00 |
| 000004A | Internal Revenue Service | Unsec | 070 | $13,501.39 | $0.00 | $13,501.39 | $0.00 | $0.00 |
| 000005 | Capital One Bank | Unsec | 070 | $672.78 | $0.00 | $672.78 | $0.00 | $0.00 |
| 000006 | RADIOLOGY ASSOC OF MOBILE (6-1) RAD11I 3850404 | Unsec | 070 | $55.50 | $0.00 | $55.50 | $0.00 | $0.00 |
| | Subtotal For Claim Type UC | | | $18,347.99 | $0.00 | $18,347.99 | $0.00 | |
| | **Claim Type UL - UNSECURED LATE** | | | | | | | |
| 000007 | Singing River Hospital Subordinate to Timely Filed Claims | Unsec | 072 | $3,637.78 | $0.00 | $3,637.78 | $0.00 | $0.00 |
| 000008 | Earnestine Peyton Allowed as General Unsecured | Unsec | 072 | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $0.00 |

PROPDIST  
Printed: 01/03/08 09:13 AM  Ver: 12.10a

# PROPOSED DISTRIBUTION

Case Number: 03-10817   WSS  
Debtor Name: CLEVELAND, JANICE MARIE  
Page 2  
Date: January 3, 2008

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UL - UNSECURED LATE Claim** | | | | | | | | |
| 000009 | Advance America Suboordinate to Timely Filed Claims | Unsec | 072 | $600.00 | $0.00 | $600.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type UL | | | $5,437.78 | $0.00 | $5,437.78 | $0.00 | |
| | Subtotals For Class - Unsecured  0.00000 % | | | $23,785.77 | $0.00 | $23,785.77 | $0.00 | |
| | *** Totals *** | | | $36,890.70 | $1,629.50 | $35,261.20 | $7,782.34 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.